Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
 A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501    Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys For Plaintiffs Dr. Bruce & Maureen Taber*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE COURTHOUSE

| In re | Case No. 6:13-bk-25280-DS |
|---|---|
| CHARLES PERRY & ARLENE DIANE COPELAND | Adversary 6:13-ap-01443-SY |
|  | Before the Honorable Scott H. Yun |
| Debtors. | Chapter 7 |
| DR. BRUCE & MAUREEN TABER, | **SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| Plaintiffs. | |
| vs. | |
| CHARLES PERRY & ARLENE DIANE COPELAND | Holding Date: 3-21-2019
Time: 10:30am
Place: 3420 Twelfth Str., Riverside CA 92501
Courtroom: 302 |
| Defendants | |

///

///

///

///

///

2/28-11:50am

**SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District and Bankruptcy Courts for the Central, Eastern, Northern, and Southern Districts of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent *Plaintiffs Dr. Bruce & Maureen Taber*.

5. This Declaration is in support of **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES.**

6. At the 2-20-2019 hearing, the Court granted **$6,425.00** in attorneys' fees and **$1,205.99** in costs, totaling **$7,630.99**.

7. I incurred **$12,562.23** in additional attorneys' fees and costs for the Plaintiffs' Motion for Attorneys' Fees, the Oppositon, the Reply and in attending the hearing as detailed on the following pages:

///
///
///
///
///
///
///
///

2/28-11:50am

2

| | | | |
|---|---|---|---|
| **TABER VS COPELAND - TIME** <br> **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** | | | |
| **DATE** | **DESCRIPTION** | **HRS/RATE** | **AMOUNT** |
| 1-15-2019 | Professional Time: REVISED & EDITED: REVISED & EDITED: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN; DOCUMENTED DEFENDANTS' FAILURES REGARDING THE PRETRIAL; DOCUMENTED PLAINTIFFS' MEET & CONFERS WITH DEFENDANT TO PARTICIPATE IN THE JOINT PRETRIAL PROCESS; THE 3-10-2016 PRETRIAL HEARING - QUOTING FROM THE TRANSCRIPT & FROM PLAINTIFFS' AMENDED UNILATERAL PRE-TRIAL REPORT; DOCUMENTED DEFENDANTS' DEFECTIVE UNILATERAL PRETRIAL REPORT; THE 12-8-2018 PRETRIAL; DOCUMENTED PLAINTIFFS' OFFERS TO DEFENDANTS TO PAY THEIR ATTORNEYS' FEES RELATED TO THE TORTURED PRETRIAL TO AVOID THIS MOTION; DOCUMENTING TABER VS COPELAND - M&C RE: BCC'S ATTORNEYS' FEES RE PRETRIAL - $14,368.71; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S TRIAL PROCEDURES SUPPLEMENT TO LOCAL BANKRUPTCY RULES RE PRETRIAL STIPULATION AND ORDER; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S LOCAL RULES RE PRETRIAL STIPULATION AND ORDER; RESEARCHED THAT SANCTIONS ARE PROPERLY AWARDED TO PLAINTIFFS | 1.3 $500/hour | $750.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 1-16-2019 | Professional Time: REVISED & EDITED: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN; DOCUMENTED DEFENDANTS' FAILURES REGARDING THE PRETRIAL; DOCUMENTED PLAINTIFFS' MEET & CONFERS WITH DEFENDANT TO PARTICIPATE IN THE JOINT PRETRIAL PROCESS; THE 3-10-2016 PRETRIAL HEARING - QUOTING FROM THE TRANSCRIPT & FROM PLAINTIFFS' AMENDED UNILATERAL PRE-TRIAL REPORT; DOCUMENTED DEFENDANTS' DEFECTIVE UNILATERAL PRETRIAL REPORT; THE 12-8-2018 PRETRIAL; DOCUMENTED PLAINTIFFS' OFFERS TO DEFENDANTS TO PAY THEIR ATTORNEYS' FEES RELATED TO THE TORTURED PRETRIAL TO AVOID THIS MOTION; DOCUMENTING TABER VS COPELAND - M&C RE: BCC'S ATTORNEYS' FEES RE PRETRIAL - $14,368.71; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S TRIAL PROCEDURES SUPPLEMENT TO LOCAL BANKRUPTCY RULES RE PRETRIAL STIPULATION AND ORDER; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S LOCAL RULES RE PRETRIAL STIPULATION AND ORDER; RESEARCHED THAT SANCTIONS ARE PROPERLY AWARDED TO PLAINTIFFS | 3.30 $500/hour | $1,750.00 |

| | | | | |
|---|---|---|---|---|
| 1-17-2019 | Professional Time: REVISED & EDITED: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN; DOCUMENTED DEFENDANTS' FAILURES REGARDING THE PRETRIAL; DOCUMENTED PLAINTIFFS' MEET & CONFERS WITH DEFENDANT TO PARTICIPATE IN THE JOINT PRETRIAL PROCESS; THE 3-10-2016 PRETRIAL HEARING - QUOTING FROM THE TRANSCRIPT & FROM PLAINTIFFS' AMENDED UNILATERAL PRE-TRIAL REPORT; DOCUMENTED DEFENDANTS' DEFECTIVE UNILATERAL PRETRIAL REPORT; THE 12-8-2018 PRETRIAL; DOCUMENTED PLAINTIFFS' OFFERS TO DEFENDANTS TO PAY THEIR ATTORNEYS' FEES RELATED TO THE TORTURED PRETRIAL TO AVOID THIS MOTION; DOCUMENTING TABER VS COPELAND - M&C RE: BCC'S ATTORNEYS' FEES RE PRETRIAL - $14,368.71;  DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S TRIAL PROCEDURES SUPPLEMENT TO LOCAL BANKRUPTCY RULES RE PRETRIAL STIPULATION AND ORDER; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S LOCAL RULES RE PRETRIAL STIPULATION AND ORDER; RESEARCHED THAT SANCTIONS ARE PROPERLY AWARDED TO PLAINTIFFS | | 5.0 $500/hour | $2,500.00 |
| 2-7-2019 | Professional Time: REVIEWED COPELAND'S 25-PAGE OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES; DECLARATION OF BRYANT C. MacDONALD - REVIEWED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1(F); REVIEWED COMPLIANCE WITH LBR 9013-1(g)(3) ; REVIEWED COMPLIANCE WITH LBR 9013-1(g)(4); | | 1.0 $500/hour | $500.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---:|---:|
| 2-8-2019 | Professional Time: REVIEWED COPELAND'S 25-PAGE OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BRYANT C. MacDONALD;<br><br>PREPARED 4TH ARGUMENT: FOURTH, DEFENDANTS' OPPOSITION CLAIMS: "A PERIOD OF NEARLY NINE (9) MONTHS ALLEGEDLY PASSED AND YET MR. COHEN HAS PROVIDED ABSOLUTELY NO EVIDENCE THAT A SINGLE INQUIRY WAS MADE TO MR. MACDONALD'S OFFICE TO CONFIRM RECEIPT OF THE DRAFT."<br><br>PREPARED 5TH ARGUMENT: DEFENDANTS' OPPOSITION FEIGNS IGNORANCE OF RECEIVING PLAINTIFFS' 6-2-2015 LETTER - PLAINTIFFS' 3-7-2016 DECLARATION OF BARUCH COHEN RE PLAINTIFFS' UNILATERAL PRE-TRIAL REPORT [DOC-56] (EXHIBIT "5" TO THE FEE MOTION) THAT DISPROVED DEFENDANTS' COUNSEL'S FEIGNED IGNORANCE THAT HE "NEVER SAW" PLAINTIFFS' 6-2-2015 LETTER<br><br>RECREATED DEFENDANTS' PROPOSED INSERTIONS IN THE PRETRIAL REPORT<br><br>DRAFTED PLAINTIFFS' 12 ARGUMENTS TO THE OPPOSITION | 1.0<br>$500/hour | $500.00 |
| 2-10-2019 | Professional Time: PREPARED PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | 1.0<br>$500/hour | $500.00 |
| 2-11-2019 | Professional Time: PREPARED PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | 1.0<br>$500/hour | $500.00 |
| 2-20-2019 | Attended: HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - TRAVEL, & 1-HOUR HEARING | 4.5<br>$500/hour | $2,250.00 |
| 2-20-2019 | Communications with opc re: PROPOSED SETTLEMENT OF ATTORNEYS' FEES | .1<br>$500/hour | $50.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 2-20-2019 | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | 1.0 $500/hour | $500.00 |
| 2-21-2019 | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | .1 $500/hour | $50.00 |
| 2-25-2019 | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | .1 $500/hour | $50.00 |
| 2-26-2019 | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | .1 $500/hour | $50.00 |
| 2-27-2019 | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | .15 $500/hour | $75.00 |
| 2-27-2019 | Professional Time: PREPARED SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 1.5 $500/hour | $750.00 |

2/28-11:50am

| 2-28-2019 | Professional Time: PREPARED SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 1.75 $500/hour | $875.00 |
|---|---|---|---|
| | **For professional services rendered** | **23.30** | **$11,650.00** |

| **TABER VS COPELAND - EXPENSES** <br> **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** | | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **AMOUNT** |
| 1-17-2019 | ECF PACER CHARGE - PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | $50.00 |
| | Paralegal: - PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | $150.00 |
| | Messenger: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | $75.00 |
| 2-11-2019 | ECF PACER CHARGE - PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | $50.00 |
| | PARALEGAL CHARGE - PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | $150.00 |
| | MESSENGER: ECF PACER CHARGE - PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | $75.00 |
| 2-20-2019 | Travel - Mileage - TO AND FROM COURT 67.1 MILES EACH WAY | $87.23 |
| 2-28-2019 | ECF PACER CHARGE SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | $50.00 |
| | PARALEGAL: SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | $150.00 |
| | MESSENGER: SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | $50.00 |
| | **Total additional charges** | **$912.23** |
| | **TOTAL AMOUNT OF BILL** | **$12,562.23**[1] |

---

[1] A true and correct copy of Mr. Cohen's supplemental bill of 2-27-2019 is attached hereto as Exhibit "1" and is incorporated herein by this reference.

| | | |
|---|---|---|
| 1 | 8. | At the 2-20-2019 hearing, the Court granted **$6,425.00** in attorneys' fees and **$1,205.99** in |
| 2 | | costs, totaling **$7,630.99**, bringing the total attorneys' fees and costs to **$20,193.22**. |
| 3 | 9. | The Court set 3-21-2019 as a holding date, where the parties are not obligated to appear. |
| 4 | | The Court announced that it will award Plaintiffs' attorneys' fees and costs hopefully prior |
| 5 | | to the 3-21-2019 holding date. |
| 6 | 10. | The Court also ruled, that whatever the Court ultimately awards from that **$20,193.22**, |
| 7 | | Defendants will have 60-days from the entry of that Court order to pay said amount to |
| 8 | | Plaintiffs' counsel, and if they do not, the Court will enter Plaintiffs' Unilateral Pre-Trial. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 28, 2019, at Los Angeles, California.

By    /S/ Baruch C. Cohen
Baruch C. Cohen

Invoice submitted to:
DR BRUCE & MAUREEN TABER
1475 Crestview Road Redlands, CA 92374

February 27, 2019

In Reference To:   TABER VS COPELAND

Invoice #10063

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2019 | BCC | Professional Time: REVISED & EDITED: REVISED & EDITED: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN; DOCUMENTED DEFENDANTS' FAILURES REGARDING THE PRETRIAL; DOCUMENTED PLAINTIFFS' MEET & CONFERS WITH DEFENDANT TO PARTICIPATE IN THE JOINT PRETRIAL PROCESS; THE 3-10-2016 PRETRIAL HEARING -QUOTING FROM THE TRANSCRIPT & FROM PLAINTIFFS' AMENDED UNILATERAL PRE-TRIAL REPORT; DOCUMENTED DEFENDANTS' DEFECTIVE UNILATERAL PRETRIAL REPORT; THE 12-8-2018 PRETRIAL;  DOCUMENTED PLAINTIFFS' OFFERS TO DEFENDANTS TO PAY THEIR ATTORNEYS FEES RELATED TO THE TORTURED PRETRIAL TO AVOID THIS MOTION; DOCUMENTING TABER VS COPELAND - M&C RE: BCC'S ATTORNEYS' FEES RE PRETRIAL - $14,368.71;  DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S TRIAL PROCEDURES SUPPLEMENT TO LOCAL BANKRUPTCY RULES RE PRETRIAL STIPULATION AND ORDER; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S LOCAL RULES RE PRETRIAL STIPULATION AND ORDER; RESEARCHED THAT SANCTIONS ARE PROPERLY AWARDED TO PLAINTIFFS | 1.50 500.00/hr | 750.00 |
| 1/16/2019 | BCC | Professional Time: REVISED & EDITED: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN; DOCUMENTED DEFENDANTS' FAILURES REGARDING THE PRETRIAL; DOCUMENTED PLAINTIFFS' MEET & CONFERS WITH DEFENDANT TO PARTICIPATE IN THE JOINT PRETRIAL PROCESS; THE 3-10-2016 PRETRIAL HEARING - QUOTING FROM THE TRANSCRIPT & FROM PLAINTIFFS' AMENDED UNILATERAL PRE-TRIAL REPORT; DOCUMENTED DEFENDANTS' DEFECTIVE UNILATERAL PRETRIAL REPORT; THE 12-8-2018 PRETRIAL; DOCUMENTED PLAINTIFFS' OFFERS TO DEFENDANTS TO PAY THEIR ATTORNEYS FEES RELATED TO THE TORTURED PRETRIAL | 3.50 500.00/hr | 1,750.00 |

EXHIBIT 1 PAGE 1 of 4

DR BRUCE & MAUREEN TABER                                                                                               Page      2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | TO AVOID THIS MOTION; DOCUMENTING TABER VS COPELAND - M&C RE: BCC'S ATTORNEYS' FEES RE PRETRIAL - $14,368.71; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S TRIAL PROCEDURES SUPPLEMENT TO LOCAL BANKRUPTCY RULES RE PRETRIAL STIPULATION AND ORDER; DOCUMENTED DEFENDANTS VIOLATED THIS COURT'S LOCAL RULES RE PRETRIAL STIPULATION AND ORDER; RESEARCHED THAT SANCTIONS ARE PROPERLY AWARDED TO PLAINTIFFS |  |  |
| 1/17/2019 | BCC | Professional Time: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN; DOCUMENTED DEFENDANTS' FAILURES REGARDING THE PRETRIAL; DOCUMENTED PLAINTIFFS' MEET & CONFERS WITH DEFENDANT TO PARTICIPATE IN THE JOINT PRETRIAL PROCESS; THE 3-10-2016 PRETRIAL HEARING - QUOTING FROM THE TRANSCRIPT & FROM PLAINTIFFS' AMENDED UNILATERAL PRE-TRIAL REPORT; DOCUMENTED DEFENDANTS' DEFECTIVE UNILATERAL PRETRIAL REPORT; THE 12-8-2018 PRETRIAL;  DOCUMENTED PLAINTIFFS' OFFERS TO DEFENDANTS TO PAY THEIR ATTORNEYS FEES RELATED TO THE TORTURED PRETRIAL TO AVOID THIS MOTION; DOCUMENTING TABER VS COPELAND - M&C RE: BCC'S ATTORNEYS' FEES RE PRETRIAL - $14,368.71; | 5.00 500.00/hr | 2,500.00 |
| 2/7/2019 | BCC | Professional Time: REVIEWED COPELAND'S 25-PAGE OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BRYANT C. MacDONALD - REVIEWED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1(F); REVIEWED COMPLIANCE WITH LBR 9013-1(g)(3) ; REVIEWED COMPLIANCE WITH LBR 9013-1(g)(4); | 1.00 500.00/hr | 500.00 |
| 2/8/2019 | BCC | Professional Time: REVIEWED COPELAND'S 25-PAGE OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; DECLARATION OF BRYANT C. MacDONALD; PREPARED 4TH ARGUMENT: FOURTH, DEFENDANTS' OPPOSITION CLAIMS: "A PERIOD OF NEARLY NINE (9) MONTHS ALLEGEDLY PASSED AND YET MR. COHEN HAS PROVIDED ABSOLUTELY NO EVIDENCE THAT A SINGLE INQUIRY WAS MADE TO MR. MACDONALD'S OFFICE TO CONFIRM RECEIPT OF THE DRAFT." PREPARED 5TH ARGUMENT: DEFENDANTS' OPPOSITION FEIGNS IGNORANCE OF RECEIVING PLAINTIFFS' 6-2-2015 LETTER - PLAINTIFF'S 3-7-2016  DECLARATION OF BARUCH COHEN RE PLAINTIFF'S UNILATERAL PRE-TRIAL REPORT [DOC-56] (EXHIBIT "5" TO THE FEE MOTION) THAT DISPROVED DEFENDANTS' COUNSEL'S FEIGNED IGNORANCE THAT HE "NEVER SAW" PLAINTIFF'S 6-2-2015 LETTER  RECREATED DEFENDANTS' PROPOSED INSERTIONS IN THE PRETRIAL REPORT  DRAFTED PLAINTIFFS' 12 ARGUMENTS TO THE OPPOSITION | 1.00 500.00/hr | 500.00 |

EXHIBIT 1 PAGE 2 of 4

DR BRUCE & MAUREEN TABER                                                                               Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2019 | BCC | Professional Time: PREPARED PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | 1.00<br>500.00/hr | 500.00 |
| 2/11/2019 | BCC | Professional Time: PREPARED PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS FEES; DECLARATION OF BARUCH COHEN | 1.00<br>500.00/hr | 500.00 |
| 2/20/2019 | BCC | Attended: HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - TRAVEL, & 1-HOUR HEARING | 4.50<br>500.00/hr | 2,250.00 |
|  | BCC | Communications with opc re: PROPOSED SETTLEMENT OF ATTORNEYS' FEES | 0.10<br>500.00/hr | 50.00 |
|  | BCC | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | 1.00<br>500.00/hr | 500.00 |
| 2/21/2019 | BCC | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | 0.10<br>500.00/hr | 50.00 |
| 2/25/2019 | BCC | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | 0.10<br>500.00/hr | 50.00 |
| 2/26/2019 | BCC | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. | 0.10<br>500.00/hr | 50.00 |
| 2/27/2019 | BCC | Communications with opc re: Re: Taber v. Copeland - STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62 FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO: 11 U.S.C. §§523(a)(2)(A); 11 U.S.C. §§523(a)(4); 11 U.S.C. §§523(a)(6); 11 U.S.C. | 0.15<br>500.00/hr | 75.00 |

EXHIBIT 1 PAGE 3 of 4

DR BRUCE & MAUREEN TABER                                                                          Page    4

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  | §§523(a)(19); & UNFAIR, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICE CAL. BUS. & PROF. CODE §17200. ET SEQ. |  |  |  |
| 2/27/2019 | BCC | Professional Time: PREPARED SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES |  | 1.50<br>500.00/hr | 750.00 |
| 2/28/2019 | BCC | Professional Time: PREPARED SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES |  | 1.75<br>500.00/hr | 875.00 |
|  |  | For professional services rendered |  | 23.30 | $11,650.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 1/17/2019 | ECF PACER CHARGE - PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 50.00 |
|  | Paralegal: - PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 150.00 |
|  | Messenger: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 75.00 |
| 2/11/2019 | ECF PACER CHARGE - PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | 50.00 |
|  | Paralegal: - PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | 150.00 |
|  | MESSENGER FEE - PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES; DECLARATION OF BARUCH COHEN | 75.00 |
| 2/20/2019 | Travel - Mileage - TO AND FROM COURT 67.1 MILES EACH WAY | 87.23 |
| 2/28/2019 | ECF PACER CHARGE SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 50.00 |
|  | Paralegal: SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES | 150.00 |
|  | Messenger: SUPPLEMENTAL DECLARATION OF BARUCH COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS FEES | 75.00 |
|  | Total additional charges | $912.23 |
|  | Total amount of this bill | $12,562.23 |
|  | Previous balance | $14,368.71 |
|  | Balance due | $26,930.94 |

EXHIBIT 1 PAGE 4 of 4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/28/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen           bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Bryant C MacDonald       Maclaw51@verizon.net
US Trustee (RS)          ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On 2/28/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/28/2019,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun, USBC, Central District of California, 3420 Twelfth Street, Suite 345, Riverside CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/28/2019 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE