**CHAMBERS PREPARED ORDER**

FILED & ENTERED

MAR 19 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES PERRY COPELAND and ARLENE DIANE COPELAND,<br><br>Debtor(s) | Case No.: 6:13-bk-25280-SY<br><br>Chapter 7 |
| BRUCE TABER and MAUREEN TABER,<br>Plaintiffs,<br>v.<br>CHARLES PERRY COPELAND and ARLENE DIANE COPELAND,<br>Defendants. | Adv. No.: 6:13-ap-01443-SY<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br><u>Hearing</u><br>Date: March 21, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 302 |

An initial hearing was held on February 20, 2019 at 10:30 a.m. at 3420 Twelfth Street, Riverside, CA 92501, before the Honorable Scott H. Yun, United States Bankruptcy Judge, on Plaintiffs' Motion for Attorneys' Fees ("Motion"). Appearances were made as reflected on the record. At the hearing, the court indicated that it was inclined to award attorneys' fees in the amount of $6,425.00 and costs in the amount of $1,205.99 under Fed. R. Civ. P. 16(f) and Local Bankruptcy Rule 7016-1(f)(3) for defendants' failure to obey the court's scheduling order and

participate in preparing a joint pre-trial stipulation as directed. The court then continued this matter to the above-captioned date and time as a holding date and set a briefing schedule for plaintiffs to present evidence of the additional fees and costs they incurred in bringing the Motion, and for defendants to object to those fees. Plaintiffs filed their supplemental evidence on February 28, 2019, and defendants filed their response on March 8, 2019.

Having considered the supplemental pleadings of the parties, the court has determined that some of the requested fees and expenses are unrelated to the Motion itself, unreasonable, or excessive. Specifically, the following entries are disallowed:

| Date | Entry |
|---|---|
| 2/8/19 | 1.00 hour @ $500/hr for excessive time to review the opposition. |
| 2/20/19 – 2/27/19 | 1.55 hours @ $500/hr for settlement discussions |
| 2/28/19 | 1.25 hours @ $500/hr for excessive time in preparing a supplemental declaration. |

Having considered the Motion and the initial pleadings, the supplemental pleadings and evidence, and the complete record in this case, and good cause appearing,

IT IS ORDERED that the Motion is granted and plaintiffs are awarded total fees of $15,425.00 and costs of $2,118.22 under Fed. R. Civ. P. 16(f) and Local Bankruptcy Rule 7016-1(f)(3) for defendants' failure to obey the court's scheduling order and participate in preparing a joint pre-trial stipulation as directed.

IT IS FURTHER ORDERED that defendants shall have twenty-eight days from the entry of this order to pay the awarded fees and costs to plaintiffs. In the event that defendants fail to pay the awarded fees and costs, the court shall enter a pre-trial order approving the Plaintiffs' Amended Unilateral Pretrial Report, filed on April 7, 2016 at Docket No. 58, as the superseding document controlling trial in this adversary proceeding.

///

///

///

2

1     IT IS FURTHER ORDERED that the continued hearing on March 21, 2019 @ 9:30 a.m. is
2 vacated.

3                                                   ###

Date: March 19, 2019

Scott H. Yun
United States Bankruptcy Judge