

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: Baruch C. Cohen        Attorney Bar# 159455
Law Firm: Law Office of Baruch C. Cohen, APLC
Mailing Address: 4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____
Telephone: (323) 937-4501    E-mail: bcc@baruchcohenesq.com
Bankruptcy Case #: 6:13-bk-25280-DS    Adversary Proceeding #/MP #: 6:13-ap-01443-SY
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 5/23/2019  Time: 9:30 am
Debtor: CHARLES PERRY & ARLENE DIANE COPELAND
Adversary Proceeding Name: Taber et al    vs. Copeland et al
Hearing Judge: S. Yun        Courtroom #: RS 302
**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days          ☐ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☒ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

*Special Instructions: email transcript as PDF

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*