Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys for Plaintiffs Dr. Bruce & Maureen Taber*

**FILED & ENTERED**

**AUG 08 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY potier    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br><br>Debtors | Case No. 6:13-bk-25280-SY<br><br>Chapter 7<br><br>Adversary 6:13-ap-01443-SY |
| BRUCE TABER & MAUREEN TABER<br><br>Plaintiffs<br><br>vs.<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br><br>Defendants | **ORDER GRANTING STIPULATION FOR MONEY JUDGMENT OF $6,607,707.62** |

    The court having reviewed and considered the Stipulation For Money Judgment Of $6,607,707.62 For Nondischargeability Of Debt Pursuant to: 11 U.S.C. § 523(A)(2)(A); 11 U.S.C. § 523(A)(4); 11 U.S.C. § 523(A)(6); 11 U.S.C. § 523(A)(19); & Unfair, Unlawful And

Fraudulent Business Practice Cal. Bus. & Prof. Code § 17200, Et Seq. ("Stipulation") [Docket #134] entered into by and between plaintiffs, Bruce Taber & Maureen Taber, and defendants, Charles Perry Copeland & Arlene Diane Copeland, and good cause appearing therefore:

**IT IS HERBY ORDERED:**

1. The Stipulation is approved.
2. Counsel for plaintiffs shall lodge a judgment consistent with the Stipulation within seven days from the entry of this order.

###

Date: August 8, 2019

Scott H. Yun
United States Bankruptcy Judge