Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorneys for Plaintiffs  Dr. Bruce & Maureen Taber*

**FILED & ENTERED**

**AUG 14 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY potier     DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br><br>Debtors | Case No. 6:13-bk-25280-SY<br><br>Chapter 7<br><br>Adversary 6:13-ap-01443-SY |
| BRUCE TABER & MAUREEN TABER<br><br>Plaintiffs<br><br>vs.<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br><br>Defendants | **JUDGMENT** |

    Based on the Stipulation for Money Judgment of $6,607,707.62 for Nondischargeability of Debt Pursuant To: 11 U.S.C. §§ 523(a)(2)(A); 11 U.S.C. §§ 523(a)(4); 11 U.S.C. §§ 523(a)(6); 11 U.S.C. §§ 523(a)(19); & Unfair, Unlawful and Fraudulent Business Practice Cal. Bus. & Prof.

Code § 17200. et seq [Doc. 134] executed by the parties, and approved by the court by order entered on August 8, 2019 [Doc. 137],

    IT IS ORDERED that judgment is entered in favor of plaintiffs Bruce & Maureen Taber and against defendants Charles Perry & Arlene Diane Copeland in the amount of $6,607,707.62, which is nondischargeable under 11 U.S.C. §§ 523(a)(2)(A), (a)(4), (a)(6), & (a)(19). Interest shall accrue on this judgment at the legal rate from date of entry.

###

Date: August 14, 2019

Scott H. Yun
United States Bankruptcy Judge