| ☒ Recording requested by a return to:<br>BRUCE TABER & MAUREEN TABER<br>PO BOX 5650<br>EL DORADO HILLS, CA 95762<br>Tel: 909-289-3086<br><br>JUDGMENT CREDITORS | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br>Debtor | CASE NUMBER 6:13-bk-25280-SY<br><br>ADVERSARY NUMBER 6:13-ap-01443-SY |
| BRUCE TABER & MAUREEN TABER<br>Plaintiff<br><br>vs.<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address    CHARLES PERRY COPELAND
   
   10125 PALERMO COURT
   
   Yucaipa, CA 92399
   
   ☐ Address Unknown
   
   b. Driver's License No. _____    ☒ Unknown
   
   c. Social Security No.    ***-**-4345                    ☐ Unknown

2. The Summons was personally served at, or mail to (address):

   10125 Palermo Court, Yucaipa, CA 92399

3. ☒ Information regarding additional judgment debtors is shown on reverse side.

Dated: February 29, 2020

*(Signature)*
(Signature of Judgment Creditor or Attorney)
BRUCE TABER, PRO PER JUDGMENT CREDITOR

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER  7 |
|---|---|---|
| CHARLES PERRY COPELAND & ARLENE DIANE COPELAND Debtor(s). | | ADVERSARY NO.:  6:13-ap-01443-SY |

4. I certify that in the above-entitled action and Court, Judgment was entered on __AUGUST 14, 2019__,

in favor of __BRUCE TABER & MAUREEN TABER__ and against __CHARLES PERRY COPELAND & ARLENE DIANE COPELAND__

for  $ __6,607,707.62__          Principal,

$ __Included__          Interest,

$ __N/A__          Attorney's Fees, and

$ __Included__          Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __(SEAL) 24th__ day of __June 2020__.

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Information regarding additional judgment debtors:

| Additional Judgment Debtor: | Arlene Diane Copeland |
|---|---|
| Address: | 10125 Palermo Court, Yucaipa, CA 92399 |
| Last 4 digits of SSN: | xxx-xx-3514 |
| Driver's License Number: | Unknown |

*Revised February 2010*

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501    Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>*Attorneys for Plaintiffs Dr. Bruce & Maureen Taber* |

```
                                    FILED & ENTERED

                                       AUG 14 2019

                                  CLERK U.S. BANKRUPTCY COURT
                                  Central District of California
                                  BY potier    DEPUTY CLERK
```

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br><br>Debtors | Case No. 6:13-bk-25280-SY<br><br>Chapter 7<br><br>Adversary 6:13-ap-01443-SY |
| BRUCE TABER & MAUREEN TABER<br><br>Plaintiffs<br><br>vs.<br><br>CHARLES PERRY COPELAND &<br>ARLENE DIANE COPELAND<br><br>Defendants | **JUDGMENT** |

    Based on the Stipulation for Money Judgment of $6,607,707.62 for Nondischargeability of Debt Pursuant To: 11 U.S.C. §§ 523(a)(2)(A); 11 U.S.C. §§ 523(a)(4); 11 U.S.C. §§ 523(a)(6); 11 U.S.C. §§ 523(a)(19); & Unfair, Unlawful and Fraudulent Business Practice Cal. Bus. & Prof.

Code § 17200. et seq [Doc. 134] executed by the parties, and approved by the court by order entered on August 8, 2019 [Doc. 137],

    IT IS ORDERED that judgment is entered in favor of plaintiffs Bruce & Maureen Taber and against defendants Charles Perry & Arlene Diane Copeland in the amount of $6,607,707.62, which is nondischargeable under 11 U.S.C. §§ 523(a)(2)(A), (a)(4), (a)(6), & (a)(19). Interest shall accrue on this judgment at the legal rate from date of entry.

###

Date: August 14, 2019

Scott H. Yun
United States Bankruptcy Judge